UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. HRAYR SHAHINIAN, M.D., F.A.C.S.,<br><br>  Plaintiff-Relator,<br><br>  vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware corporation,<br><br>  Defendant. | Case No. 2:14-cv-08313-JAK-JPR<br><br>**JUDGMENT**<br><br>**JS-6** |

1 | Defendant Kimberly-Clark Corporation ("Defendant") having moved to dismiss
2 | Plaintiffs' Third Amended Qui Tam Complaint, and the matter having come before
3 | the Honorable John A. Kronstadt, United States District Judge, on March 19, 2018,
4 | and the Court having rendered its Order granting the motion with prejudice, it is,
5 | ORDERED, ADJUDGED AND DECREED: The Third Amended Qui Tam
6 | Complaint is dismissed without leave to amend and with prejudice.
7 | The dismissal is without prejudice as to the United States.
8 | IT IS SO ORDERED AND ENTERED. THE CLERK IS DIRECTED TO
9 | ENTER THIS JUDGMENT.

Dated: October 12, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE