**WARREN TERZIAN LLP**
Thomas D. Warren (SBN 160921)
*tom.warren@warrenterzian.com*
Dan Terzian (SBN 283835)
*dan.terzian@warrenterzian.com*
Erick Kuylman (SBN 313202)
*erick.kuylman@warrenterzian.com*
222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
T: (213) 410-2620

*Counsel for Plaintiff-Relator*
United States of America, et al.,
ex rel. Hrayr Shahinian, M.D., F.A.C.S.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al., ex rel. HRAYR SHAHINIAN, M.D., F.A.C.S.,**<br><br>Plaintiff-Relator,<br><br>v.<br><br>**KIMBERLY-CLARK CORPORATION,** a Delaware corporation,<br><br>Defendants. | Case No. 2:14-cv-8313-JAK-JPR<br><br>Hon. John A. Kronstadt<br><br>**NOTICE OF LIEN FOR ATTORNEYS' FEES AND COSTS** |

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**YOU ARE HEREBY NOTIFIED** that, in accordance with the terms of a written fee agreement, California law, and federal law, Warren Terzian LLP has and claims a lien ahead of all others on any and all attorneys' fees or costs awarded in this action, and on any judgment and/or settlement rendered in favor of Plaintiff-Relator and/or the governmental entities on whose behalf the relator brings this action, to secure payment for legal services rendered and costs and expenses advanced. *See Levin v. Golf Ins. Grp.*, 69 Cal. App. 4th 1282, 1287–88 (1999); *Del Conte Masonry Co. v. Lewis*, 16 Cal. App. 3d 678, 680 (1971).

**YOU ARE FURTHER NOTIFIED** that, in accordance with 31 U.S.C. § 3730(d)(2), which provides that a successful relator "shall also receive an amount for reasonable expenses which the court finds to have been necessarily incurred, plus reasonable attorneys' fees and costs," as well as parallel state and municipal qui tam statutes, Warren Terzian has and claims a right to recompense for the attorneys' fees and costs it incurred in representing the Plaintiff-Relator.

**YOU ARE FURTHER NOTIFIED** that a refusal to acknowledge this lien, and/or account for said lien, in connection with any settlement or judgment will subject you to liability pursuant to California law. *See e.g.*, Vapnek, Tuft, Peck, Wiener, Cal. Prac. Guide: Prof'l Responsibility, ¶ 9:330 (The Rutter Group 2013) (citing *Matter of Respondent P.*, No. 90-O-10765, 1993 WL 542462, at *5, *8 (Cal. Bar Ct. Dec. 21, 1993); Los Angeles Bar Ass'n Form. Opn. 478 (1994)).

**YOU ARE FURTHER NOTIFIED** that the fiduciary obligation that results from this notice obligates all counsel in this matter to communicate with Warren Terzian LLP as to the subjects of this lawsuit as well as any related judgment, mediation, arbitration, or settlement. *See e.g.*, *Matter of Respondent P.*, 1993 WL 542462 at *8 (citing *Matter of Nunez,* No. 89-O-10972, 1992 WL 208968, at *1 (Cal.

Bar Ct. Aug. 24, 1992)); *see also Matter of Riley*, No. 89-O-10767, 1994 WL 413173, at *13–20 (Cal. Bar Ct. Aug. 4, 1994).

**YOU ARE FURTHER NOTIFIED** that absent an order by the Court, no monies in connection with any settlement or resolution of this matter are permitted to be transferred and/or distributed without providing Warren Terzian LLP adequate notice and security.

Dated: February 1, 2021  **WARREN TERZIAN LLP**

/s/ *Thomas D. Warren*
Thomas D. Warren

*Counsel for Plaintiff-Relator*
*Hrayr Shahinian, M.D. F.A.C.S.*

**CERTIFICATE OF SERVICE**

I, Thomas D. Warren, an attorney, hereby certify that **NOTICE OF LIEN FOR ATTORNEYS' FEES AND COSTS** was e-mailed to counsel for Defendant Kimberly-Clark Corporation, Counsel for Receiver of Eagan Avenatti, LLP, Counsel for the United States of America, and Counsel for the States, on February 1, 2021.

/s/ *Thomas D. Warren*
Thomas D. Warren

*Counsel for Plaintiff-Relator*
*Hrayr Shahinian, M.D. F.A.C.S.*